RECEIVED
JUL 31 2020
DEBORAH S. HUNT, Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

Case Number: 1:19-cv-01141-DAP

Case Name: Frank Dominic Dundee, Plaintiff, vs. University Hospitals Corp, et al., Defendants

Name: Frank Dominic Dundee

Address: 7707 Amberwood Trail

City: Boardman      State: Ohio      Zip Code: 44512

## PRO SE APPELLANT'S BRIEF

**Directions:** Answer the following questions about the appeal to the best of your ability. Use additional sheets of paper, if necessary, not to exceed 30 pages. Please print or write legibly, or type your answers double-spaced. You need not limit your brief solely to this form, but you should be certain that the document you file contains answers to the questions below. The Court prefers short and direct statements.
Within the date specified in the briefing letter, you should return one signed original brief to:

**United States Court of Appeals For The Sixth Circuit**
540 Potter Stewart U.S.
Courthouse 100 East Fifth Street
Cincinnati, Ohio   45202-3988

1. Did the District Court incorrectly decide the facts?    [X] Yes    [ ] No

   If so, what facts?

   See Docket Entry **48 Objection to Magistrate Judge's Report and Recommendation** filed by Frank Dominic Dundee. Related document(s) 45. (Attachments: **# 1 Memorandum in Support) (M,R) (Entered: 07/13/2020)**

2. Do you think the District Court applied the wrong law?    [X] Yes    [ ] No
   If so, what law do you want applied?

   See Docket Entry **48, Objection to Magistrate Judge's Report and Recommendation,** filed by Frank Dominic Dundee. Related document(s) 45. (Attachments: **# 1 Memorandum in Support) (M,R) (Entered: 07/13/2020)**

1

UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

3. Do you feel that there are any other reasons why the District Court's judgment was wrong? [X] Yes   [ ] No

   If so, what are they?

   See Docket Entry **48, Objection to Magistrate Judge's Report and Recommendation,** filed by Frank Dominic Dundee. Related document(s) 45. (Attachments: **# 1 Memorandum in Support) (M,R) (Entered: 07/13/2020)**

4. What specific issues do you wish to raise on appeal?

   See Docket Entry **48, Objection to Magistrate Judge's Report and Recommendation,** filed by Frank Dominic Dundee. Related document(s) 45. (Attachments: **# 1 Memorandum in Support) (M,R) (Entered: 07/13/2020)**

5. What action do you want the Court of Appeals to take in this case?

   The Pro Se Litigant/Plaintiff, respectfully, asks the Court of Appeals to apply *de novo* review considering the very specific objections set forth in Docket Entry **48, Objection to Magistrate Judge's Report and Recommendation,** filed by Frank Dominic Dundee. Related document(s) 45. (Attachments: **# 1 Memorandum in Support) (M,R) (Entered: 07/13/2020).**

   The Pro Se Litigant/Plaintiff, respectfully, asks the Court of Appeals to apply de novo review to reject the Opinion and Order of His Honor, Judge Dan Aaron Polster, Doc# 49 and to reject the Judgment Entry of His Honor, Judge Dan Aaron Polster, Doc# 50.

   The Pro Se Litigant/Plaintiff asks the Court of Appeals to apply de novo review to rule on the evidence and matters of law, without deferring to the U.S. District Court Northern District of Ohio findings.

I certify that a copy of this brief was sent to opposing counsel via U.S. Mail on the 28 day of July, 2020.

Signature (Notary not required)

_____

Frank Dominic Dundee, Pro Se Litigant

fdundee@gmail.com

330-398-8274

Frank D Dundee
7707 Amberwood Trail
Boardman, Ohio 44512

RECEIVED
JUL 31 2020
DEBORAH S. HUNT, Clerk

CLEVELAND OH 440
26 JUL 2020 PM 2 L

United States Court of Appeals
For The Sixth Circuit
540 Potter Stewart U.S.
Courthouse 100 East Fifth Street
Cincinnati, Ohio 45202-3988

45202-398899